IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>VJ UNIACCENT LLC, a Pennsylvania limited liability company; VIJAY KUMAR, an individual; and DOES 1-50,<br><br>Defendants. | Civil Action No. 2:23-cv-1939<br><br>Jury Trial Demanded |

**COMPLAINT**

**I.    INTRODUCTION**

1. Amazon brings this case against the fraudsters behind an impersonation scam that deceives customers into believing they are speaking with Amazon and need to purchase fake support services. Through this lawsuit, Amazon aims to stop Defendants from harming customers and hold them accountable for their fraudulent activity.

2. Protecting customers and earning their trust are core values at Amazon. Consumers face a scourge of scammers who exploit consumers' trust in entities (governments, companies, and non-profits) to enrich themselves. Through fake emails, text messages, websites and other methods, scammers impersonate entities across industries—including Amazon—to gain consumers' trust and defraud them. Beyond just the financial losses, scam victims often suffer negative psychological effects, similar to other crime victims, that may last longer than the financial harm. Impersonation scams also confuse consumers as to the brand's genuine offerings, and complicate consumers' future interactions with the company. Amazon has zero tolerance for

1

criminals who pretend to be it, or any brand, to commit fraud. Amazon works to proactively protect consumers by educating them on scams, innovating on their behalf, and holding scammers accountable. This lawsuit is part of Amazon's efforts to build a world where consumers are confident that they will not be taken advantage of by impersonation scams.

3. Defendants Vijay Kumar, VJ Uniaccent LLC, and the call centers they work with and the call centers they work with, are part of the scam ecosystem plaguing society. They target customers seeking assistance with activating Prime Video on their devices. Defendants' scheme begins with a misleading website that deceives customers into believing they are interacting directly with Amazon. Instead of activating the customer's device, the website presents a fake error message and prompts the customer with a phone number to call to resolve the (nonexistent) issue. Instead of calling Amazon, victims call Defendants, who convince victims that they need unnecessary—and nonexistent—Prime account "upgrades" to receive the full benefits of Prime Video. Defendants then charge victims hundreds of dollars each for these entirely fake services. Defendants should be held to account for the significant harm they caused to customers and Amazon.

## II.     PARTIES

1. Amazon.com, Inc., is a Delaware corporation with its principal place of business in Seattle, Washington.

2. Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington. Amazon.com Services LLC owns and operates the Amazon.com store, and Amazon's affiliates own and operate equivalent counterpart international stores and websites.

3. Amazon Technologies, Inc. ("Amazon Technologies")[1] is a Nevada corporation with its principal place of business in Seattle, Washington. Amazon Technologies is a subsidiary

---

[1] Amazon.com, Inc., Amazon Services LLC, and Amazon Technologies, Inc., are collectively referred to herein as "Amazon."

of Amazon and is the registered owner of certain intellectual property rights associated with Amazon and affiliated businesses.

4. VJ Uniaccent LLC is a Pennsylvania limited liability company with a principal place of business in Pittsburgh, Pennsylvania. VJ Uniaccent LLC is directly liable to Amazon for the damages alleged in this Complaint, or alternatively, is secondarily liable to Amazon for these damages under principles of secondary liability, including, without limitation, respondeat superior, vicarious liability, and/or contributory liability.

5. Vijay Kumar is an individual who resides in Pennsylvania and owns VJ Uniaccent LLC. Kumar owned, operated, and financially benefitted from the unlawful scheme that made fraudulent use of Amazon's brand and deceived Amazon's customers. Kumar is directly liable to Amazon for the damages alleged in this Complaint. Alternatively, Kumar had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct. As such, Kumar is subject to liability for the wrongful conduct alleged herein under principles of secondary liability, including, without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

### III.    JURISDICTION AND VENUE

6. The Court has original subject matter jurisdiction over Amazon's claims for trademark infringement (15 U.S.C. § 1114) and violations of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

7. The Court has general personal jurisdiction over VJ Uniaccent LLC and Kumar, because they are residents of this District. Alternatively, the Court has specific personal jurisdiction over VJ Uniaccent LLC and Kumar because they transacted business and committed tortious acts within this District, and Amazon's claims arise from those activities.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District, and pursuant to 28 U.S.C. § 1391(c) because Defendants reside in this District.

## IV. FACTS

### A. Amazon is a Trusted Brand

9. Amazon is a highly-trusted brand, recognized by millions of consumers throughout the world who use Amazon's online stores to conveniently purchase a wide array of products and services.

10. Customers with Amazon accounts have the option of subscribing to Amazon's Prime subscription service. Millions of Prime members enjoy entertainment, savings, and shopping benefits—including fast, free delivery, hassle-free returns, and a seamless checkout experience—every day. To give members the broadest possible selection, low prices, and a convenient shopping experience, Amazon has invested billions of dollars in infrastructure that helps small and medium-sized merchants offer Prime shopping benefits on Amazon.com, empowering them to reach new customers and grow their businesses.

11. Relevant to this case, Prime members have access to Prime Video, a service to stream digital video content using a range of devices, including smart televisions, tablets, and plug-in streaming devices, such as Amazon's Fire TV Stick with Alexa. Customers wishing to use the Prime Video app on their devices must connect the app to their Amazon account by registering the device on Amazon's webpage, amazon.com/mytv (the "Registration Page"). This is done by entering a six-digit alphanumeric registration code on the webpage. A partial screenshot of this webpage appears below:



12. Amazon offers free customer support for any issues that may arise connected to its products and services, including Prime Video. Customers may contact Amazon through a variety of channels, including through Amazon's website and by phone. Amazon does not charge for this support and does not charge customers for activating Prime Video on their devices.

13. Amazon also sends customers emails and text messages in connection with its products and services. As a result, Amazon's customers have come to expect to receive email and

text communications from Amazon, to use Amazon's services online, and to interact with Amazon online.

14. Amazon's products and services are readily identifiable to consumers around the world because of the company's substantial and years-long investment of time, money, and other resources in Amazon's brand, including the development of valuable intellectual property.

15. Amazon exclusively owns numerous U.S. trademark registrations and pending applications. These trademarks are a critical component of a consumer's ability to readily identify Amazon products and services.

16. As alleged in this Complaint, the following trademarks and service marks (collectively "Amazon Trademarks") were unlawfully used to further Defendants' scheme:

| **Mark** | **Registration Nos.** |
|---|---|
| AMAZON | 7189907<br>86323279 |
| AMAZON PRIME | 6153481 |
| amazon | 6687104<br>86323311<br>86323279 |
| prime video | 5875031<br>87799897 |
| PRIME | 5218535<br>6375389 |

17. The Amazon Trademarks have been used exclusively and continuously by Amazon, and have never been abandoned. The above U.S. registrations for the Amazon Trademarks are valid, subsisting, in full force and effect, and many are incontestable pursuant to 15 U.S.C. § 1065. The registrations for the Amazon Trademarks constitute prima facie evidence of their validity and of Amazon's exclusive right to use the Amazon Trademarks pursuant to 15 U.S.C. § 1057(b).

### B. Amazon's Efforts to Combat Impersonation Scams

18. Impersonation scams are when a scammer pretends to be a trusted entity to try to defraud consumers. This is a society-wide problem that cuts across industries and geographic borders. Scammers impersonate governments, companies, and non-profits in order to exploit the trust these entities have built with consumers. Scammers then look to steal information and money from consumers under the guise the victim is interacting with the trusted entity.

19. A version of impersonation scams, also referred to as technical support scams, target customers of technology companies, like Amazon. Scammers use emails, text messages, phone calls, online advertisements, and other methods to lure victims into contacting them instead of the genuine entity. Once connected, the bad actors typically gain the victims' trust by making false statements of association with the trusted entity. From there, scammers monetize the scam by stealing money and information from victims, including by offering fake and unnecessary services on behalf of the impersonated entity.

20. Based on publicly available data, technical support scams affect millions of Americans every year, resulting in billions of dollars in reported losses. Beyond just the financial losses, scam victims often suffer negative psychological effects, similar to other crime victims, that may last longer than the financial harm. The complete impact of these scams is unknown, however, since not all victims report their experiences. Some victims may not even be aware that they have been scammed.

21. Amazon has zero tolerance for scammers who pretend to be it, or any brand, to commit fraud. Amazon strives to build a world where consumers are confident that they will not be taken advantage of by bad actors who impersonate trusted brands. Amazon works to proactively protect consumers by educating them, innovating on their behalf, and holding bad actors accountable. Amazon's self-service reporting tool, available at amazon.com/ReportAScam, is available online and on Amazon's app, to enable simple, speedy, and standardized reporting. Amazon also works others across industry sectors to develop solutions and support to address this shared challenge.

22. As part of its efforts to combat impersonation scams, Amazon aggressively pursues scammers around the world. Amazon targets their infrastructure to slow the velocity of scams; in just the last year, Amazon dismantled tens of thousands of websites and phones numbers used in scams. Amazon also has highly skilled attorneys and investigators that build cases against the main bad actors perpetrating impersonation scams. Amazon refers these cases to law enforcement around the world and supports law enforcement efforts to prosecute the scammers. Amazon's work has resulted in numerous law enforcement actions in multiple countries against scammers. Amazon also takes direct legal action against scammers—such as this lawsuit.

      **C.**    **Defendants Target People Seeking Help With Prime Video Activation**

23. On information and belief, Defendants have controlled and operated a website that falsely claims to offer Prime Video activation and related support services (the "Website"), which they use to defraud victims. The Website has appeared at the domain actvdireclink.xyz.

24. While active, the Website uses the Amazon Trademarks and other tactics to deceive victims into believing it is affiliated with Prime Video and Amazon.

25. When a victim arrives on Defendants' Website, the victim sees a virtual replication of Amazon's legitimate Prime Video Registration Page.

26. For example, the Website features Amazon's stylized *prime video* trademark, an entreaty to "Enter the code shown on your TV or device to register it with your Prime account," a prominent field for entry of that code with the same pre-filled example ("HQ2W4Z") as appears

8

on Amazon's legitimate Registration Page, and instructions for locating the code that tell customers to "open the Prime Video app" and "select 'Register on the Prime website.'"

27. Defendants also intentionally mimic Amazon's designs and color schemes, including the Registration Page's light grey header, as well as its navy blue and white button for submitting one's code. A partial screenshot of the Website appears below:

**Register a device**

**Register your compatible TV or device**
Enter the code shown on your TV or device to register it with your Prime account.

prime video

**Registration code:** [e.g. HQ2W4Z]   [Submit]

**Where's my registration code?**

**Step 1**
Open the Prime Video app on your TV or device.

**Step 2**
Select "Register on the Prime website."

**Step 3**
Your registration code appears on the left of the screen.

28. When a customer enters their registration code and hits the "Submit" button on the Website, they are immediately sent to a second page on the Website, which has been featured at the URL actvdireclink.xyz/new/secondpage.html. That page tells the customer that "Your Code Has Been Redeemed Successfully" and prompts them to click a button that says, "Click here to Activate Prime." Like the Website's home page, this second page uses Amazon Trademarks and indicia of Amazon's brand, including stylized and plaintext trademarks for "Amazon," "Amazon Prime," and "Prime." A partial screenshot of that second page appears below:



29. When a victim clicks the button marked "Click Here To Activate Prime," they are redirected to a third webpage on the Website, which has been featured at the URL actvdireclink.xyz/new/errorpage.html. The page also features a stylized Amazon Prime Video logo and the phrase "Your Code Has Been Redeemed," followed by an instruction to "Please Call Prime Support for Account Validation and Activation." The page provides the phone number +1-860-300-8895.

### D. Defendants' Sale of Fraudulent Tech Support Services

30. The purpose of the Website is to deceive victims into calling Defendants' phone number. Once victims call the number, Defendants falsely claim that victims do not have access to the full benefits associated with Prime Video, thereby attempting to sell victims unnecessary—and in fact fraudulent—services.

31. An investigator working at the direction of Amazon's counsel contacted Defendants and was sold an unnecessary, unauthorized, and nonexistent "upgrade" to their Amazon Prime subscription. Defendants indicated that this "upgrade" was purportedly required for the investigator to receive the full benefits from their Amazon Prime account and attendant access to Prime Video.

32. On February 19, 2021, the investigator called a phone number listed on the Website (860-300-8895). The person who answered the phone (the "Impersonator") identified themselves as "Amazon Prime Support."

33. The investigator explained that they needed assistance with setting up Prime Video on their device. The Impersonator asked the investigator for the name, email address, and physical address associated with the investigator's Amazon Prime account. The investigator provided the information requested, and the Impersonator placed the investigator on a brief hold in order to "verify" the account.

34. The Impersonator then returned to the call and informed the investigator that their account had access only to the "basic tier" of Amazon Prime and that the investigator could "upgrade" to either the "standard tier" or "premium tier" of Amazon Prime. The "standard tier" subscription purportedly cost $99.99, and the "premium tier" subscription cost $199.99. The Impersonator explained that with the "premium" upgrade, the investigator would be able to "stream with more devices at a better high-definition quality." The investigator already had full access to the benefits of their existing Amazon Prime account.

11

35. When the investigator asked for more detail about the differences between the different "tiers," the Impersonator abruptly ended the call after stating, "I will call you back in a few minutes."

36. Shortly thereafter, the investigator received a call back from the phone number 302-248-9590. The person calling again identified themselves as "Amazon Prime Support" and indicated that the call was a continuation of the previous one. The call was then dropped multiple times.

37. The investigator then received an SMS message from the same 302-248-9590 phone number. The investigator replied, "Hello is this prime support? I can't talk bad reception. Can you do text support?" The same or another Impersonator responded affirmatively before asking for the investigator's billing address, which the investigator provided. A screenshot of this initial SMS message exchange appears below:



38. The Impersonator then asked for the investigator's credit card information, to which the investigator replied "Visa[.]" When asked for "Your Visa Details Which You Want to Use For Upgrade[,]" the investigator did not immediately respond.

39. Two days later, on February 22, 2021, the investigator responded and inquired whether it was too late to upgrade their Prime account. The Impersonator stated that the "standard"

12

tier would cost $129 and allow for access by two additional devices, and the "platinum" tier would cost $249 and allow for access by 10 devices at "4k hd quality." A screenshot of this message appears below:



40.     The investigator stated that he wished to purchase the "platinum" option before providing his credit card details. The Impersonator responded, "Ok i am going to upgrade your account just wait a moment And let me verify your whole thing as well[.]"

41.     The Impersonator eventually explained that the investigator "will be getting our email now i am going to create a link for your account then you can also activate your device from your end." The investigator requested a receipt via email but received a response via SMS message, which stated that it was sent by "John From Prime Video Technician Support." The message stated in part, "I Have Done Upgrade Your Prime Video Account" and included a "customer ID" of ES42144222004. The message also listed the phone number 888-965-0045 for the investigator to "Just Ping Me As You Feel Problem." A screenshot of this portion of the SMS message exchange appears below:



42.     The investigator then received an email from info@thehelp-desk.com. The email stated in part, "Thank you for Choosing services from VJ UNIACCENT LLC" and informed the investigator that his credit card would be charged $249.99. The email provided the same phone number as the last text message from "John from Prime Video Technician Support": 888-965-0045.

14

43. The investigator later observed a $249.99 charge on his credit card from the merchant "VJ UNIACCENT" located in Pennsylvania.

44. Defendants misrepresent themselves as Amazon representatives and use the Amazon Trademarks, without license or permission, to add credibility to their fraudulent statements.

45. Defendants divert customers from Amazon's genuine Prime Video activation process through deceptive messaging that falsely indicates that customers must call Defendants—an unaffiliated and unauthorized third party—to complete that process. Once connected, Defendants make false claims about the status of the customers' Amazon Prime accounts and the authenticity of the Defendants' services in order to deceive consumers into believing they need an "upgrade" to enjoy the full benefits of Prime Video on their devices. Defendants use this tactic to sell unnecessary (and nonexistent) services to Amazon's customers.

46. Defendants' fraudulent technical support scheme irreparably harms Amazon and the public.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### Trademark Infringement (15 U.S.C. § 1114)

### By Amazon Technologies

47. Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

48. Defendants' activities infringe the Amazon Trademarks.

49. Amazon advertises, markets, and distributes its products and services using the Amazon Trademarks, and uses them to distinguish its products and services from the products and services of others in the same or related fields.

50. Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks, the Amazon Trademarks have come to mean—and are understood by customers, users, and the public to signify—products and services from Amazon.

51. The Website uses the Amazon Trademarks in commerce in a manner that is intended to cause confusion, mistake, or deception as to source, origin, or authenticity of the Website and Defendants' purported services.

52. Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the Website and Defendants' purported services originate with or are authorized by Amazon, thereby harming Amazon in addition to innocent victims.

53. At a minimum, Defendants acted with willful blindness to, or in reckless disregard of, their lack of authority to use the Amazon Trademarks and the confusion that the use of the Amazon Trademarks had on consumers as to the source, sponsorship, affiliation, or approval by Amazon of the Website and the services purportedly provided by Defendants.

54. Defendants are subject to liability, jointly and severally, for the wrongful conduct alleged herein, both directly and under various principles of secondary liability, including without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

55. As a result of Defendants' wrongful conduct, Amazon is entitled to recover its actual damages, Defendants' profits attributable to the infringement, and treble damages and attorney fees pursuant to 15 U.S.C. § 1117(a)–(b). The amount of money due from Defendants to Amazon is unknown to Plaintiffs and cannot be ascertained without a detailed accounting by Defendants. Alternatively, Amazon is entitled to statutory damages under 15 U.S.C. § 1117(c).

56. Amazon is further entitled to injunctive relief, as set forth in the Prayer for Relief below. Amazon has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Amazon Trademarks are unique and valuable property; (b) in addition to the significant harm that Defendants have caused to innocent customers, Defendants' infringement

constitutes harm to Amazon's reputation and goodwill such that Amazon could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the services being offered by the Website; and (d) Defendants' wrongful conduct, and the resulting harm to Amazon, is continuing.

## SECOND CAUSE OF ACTION

### False Affiliation and Designation of Origin (15 U.S.C. § 1125(a))

### By All Plaintiffs

57. Amazon incorporates by reference the factual allegations contained in Section I–IV as though set forth herein.

58. Amazon advertises, markets, and distributes its products and services using the Amazon Trademarks, and it uses these trademarks to distinguish its products and services from the products and services of others in the same or related fields.

59. Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks, they have come to mean, and are understood by customers, end users, and the public to signify, products and services from Amazon.

60. Amazon has also designed distinctive and aesthetically pleasing displays, logos, icons, and graphic images (collectively, "Amazon designs") for its websites.

61. Defendants' wrongful conduct includes the use of the Amazon Trademarks, Amazon's name, and/or imitation designs (specifically displays, logos, icons, and/or graphic designs virtually indistinguishable from the Amazon designs) in connection with Defendants' commercial advertising or promotion.

62. Defendants have used, and continue to use, the Amazon Trademarks, Amazon's name, and/or imitation designs to deceive customers. On information and belief, Defendants' wrongful conduct misleads and confuses their users and the public as to the origin and authenticity

17

of the goods and services advertised, marketed, offered or distributed in connection with Amazon's trademarks, name, and imitation visual designs, and wrongfully trades upon Amazon's goodwill and business reputation.

63. Defendants' acts constitute willful false statements in connection with goods and/or services distributed in interstate commerce, in violation of 15 U.S.C. § 1125(a).

64. Defendants are subject to liability for the wrongful conduct alleged herein, both directly and under various principles of secondary liability, including without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

65. Amazon is further entitled to injunctive relief, as set forth in the Prayer for Relief below. Defendants' acts have caused irreparable injury to Amazon. The injury to Amazon is and continues to be ongoing and irreparable. An award of monetary damages cannot fully compensate Amazon for its injuries, and Amazon lacks an adequate remedy at law.

66. As a result of Defendants' wrongful conduct, Amazon is entitled to recover its actual damages, Defendants' profits, and treble damages and attorney fees pursuant to 15 U.S.C. § 1117(a)–(b). The amount of money due from Defendants to Amazon is unknown to Amazon and cannot be ascertained without a detailed accounting by Defendants.

## VI. PRAYER FOR RELIEF

WHEREFORE, Amazon respectfully prays for the following relief:

A. That the Court enter judgment in Amazon's favor on all claims;

B. That the Court issue an order permanently enjoining Defendants, their officers, agents, representatives, employees, successors and assigns, and all others in active concert or participation with them, from:

(i) Using the Amazon Trademarks in connection with any offer, survey, commercial email, marketing campaign, or website;

    (ii)  Using any other indication of Amazon's brand in connection with any offer, survey, commercial email, marketing campaign, or website;

    (iii)  Making any statement of an affiliation or connection to Amazon in connection with any offer, survey, commercial email, marketing campaign, or website; or

    (iv)  assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (i) through (iii) above;

  C.  That the Court enter an order requiring Defendants to provide Amazon a full and complete accounting of all gross and net amounts earned in connection with the scheme alleged in this Complaint;

  D.  That Defendants' profits from the unlawful scheme alleged in this Complaint be disgorged pursuant to 15 U.S.C. § 1117(a);

  E.  That Defendants be required to pay all general, special, actual, and statutory damages which Amazon has sustained, or will sustain, as a consequence of Defendants' unlawful acts, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117(a)–(b), or otherwise allowed by law;

  F.  That Defendants be required to pay the costs of this action and Amazon's reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117 or otherwise by law; and

  That the Court grant Amazon such other, further, and additional relief as the Court deems just and equitable.

DATED: November 9, 2023          STRASSBURGER McKENNA GUTNICK
                                                                                                                                                          & GEFSKY

By *s/David A. Strassburger*
    DAVID A. STRASSBURGER
    PA. ID. NO. 76027

Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, Pa 15222
Phone: (412) 227-0261
Fax:    (412) 281-8264
Email: Dstrassburger@Smgglaw.Com

DAVIS WRIGHT TREMAINE LLP

Bonnie E. MacNaughton (*pro hac vice forthcoming*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

John D. Freed (*pro hac vice forthcoming*)
50 California Street, Suite 2300
San Francisco, CA 94111
Phone: (415) 276-6532
Fax: (415) 276-6599
Email: jakefreed@dwt.com

Meagan A. Himes (*pro hac vice forthcoming*)
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Phone: (503) 778-5373
Fax: (503) 778-5299
Email: meaganhimes@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Technologies, Inc.*